IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JUNE ELLEN MERRYMAN**                                                              **PLAINTIFF**

V.                                  **CASE NO. 2:25-CV-2140**

**GREENWOOD POLICE DEPARTMENT, et al.**                               **DEFENDANTS**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 9) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 1) and Motion for Service (Doc. 5) are **DENIED**. Her First Amendment retaliation claim and her municipal liability claim are both **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted, and her failure-to-protect claim is **DISMISSED WITHOUT PREJUDICE** because it is barred by the non-attorney representation rule. The Clerk of Court is directed to close the case

**IT IS SO ORDERED** on this 10th day of December, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE